**FILED**
July 31, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:12-CR-00273-GEB
    Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
DUANE PATRICK PETERSEN, )
)
    Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DUANE PATRICK PETERSEN , Case No. 2:12-CR-00273-GEB  , Charge  21 USC § 846; §841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ 50,000

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 31, 2012  at  2:32 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge