1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  Matthew C. Bockmon, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DUANE PATRICK PETERSEN

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )   CASE NO. CR-S-12-273 GEB
                                    )
12          Plaintiff,               )   **STIPULATION AND [PROPOSED] ORDER**
                                    )   **TO CONTINUE STATUS CONFERENCE AND**
13     v.                            )   **TO EXCLUDE TIME PURSUANT TO THE**
                                    )   **SPEEDY TRIAL ACT**
14                                   )
   DUANE PATRICK PETERSEN,           )   Date:  April 19, 2013
15                                   )   Time:  9:00 a.m.
            Defendant.                )   Judge: Garland E. Burrell, Jr.
16 _____  )

17     It is hereby stipulated and agreed to between the United States of America through TODD PICKLES,

18 Assistant U.S. Attorney, and defendant, DUANE PATRICK PETERSEN, by and through his counsel,

19 MATTHEW C. BOCKMON, Assistant Federal Defender, that the status conference set for Friday, March 1,

20 2013, be continued to Friday, April 19, 2013, at 9:00 a.m.

21     The reason for this continuance is because additional time is needed for attorney - client preparation.

22     It is further stipulated that the time period from the date of this stipulation, February 26, 2013, through

23 and including the date of the new status conference hearing, April 19, 2013, shall be excluded under the Speedy

24 Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

25 with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance

26 outweigh the best interests of the public and the defendant in a speedy trial.

27 / / /

28

Dated: February 26, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
DUANE PATRICK PETERSEN

Dated: February 26, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 26, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, March 1, 2013, be vacated and that the case be set for **Friday, April 19, 2013, at 9:00 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 26, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, February 26, 2013, through and including April 19, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: February 26, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order to Continue Status Conference       2